# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157181 & (51)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                           SC: 157181
                                            COA: 334193
                                            Shiawassee CC: 15-007765-FH;
MATTHEW LESLIE LOTT,                                          15-007259-FH
        Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to present new evidence is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



d1126

Clerk